IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-23-02-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER GRANTING LEAVE |
| JAIDE NICOLE ALEXANDER, | |
| Defendant. | |

Upon the Defendant's Motion for Leave to File Under Seal (Doc. 58), and good cause appearing in support thereof,

**IT IS HEREBY ORDERED** that the Defendant's Motion for Leave to File Under Seal (Doc. 58) is **GRANTED**. The Defendant may file her letter to the Court under seal.

DATED this 5th day of September 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge

1