IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAIDE NICOLE ALEXANDER,<br><br>　　　　　　Defendant. | CR 23-00002-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, December 6, 2023, at 10:30 a.m., is **VACATED** and **RESET** to commence on **Friday, January 19, 2024, at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that,

1.　The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

2.　All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 5th day of December, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge